IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-156 |
| ) | |
| MELINE B. LE LIEVRE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**RESPONSE TO SHOW CAUSE ORDER**

On April 25, 2025, the Court entered an order directing the United States to show cause for why the United States has not yet served the defendant. The United States responds as follows:

1. This is a civil action to collect the penalty assessed against Meline B. Le Lievre for her willful failure to report her interest in foreign bank accounts during the 2012 calendar year. Compl., Dkt. 1.

2. The United States filed its Complaint on January 17, 2025. *Id.*

3. Upon information and belief, Ms. Le Lievre currently lives in Switzerland.

4. The United States is therefore attempting to serve Ms. Le Lievre under Fed. R. Civ. P. 4(f).

5. The ninety-day deadline to effect service under Rule 4(m) does not apply to service under Rule 4(f). *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f) . . . . .").

6. The United States has diligently been determining how it may serve Ms. Le Lievre.

7. The United States has been researching the viability of methods of service in Switzerland, such as via the Swiss Central Authority under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters or by means of letters rogatory. In addition, the United States has had the complaint and summons translated into France, the official language for the area of Switzerland in which Ms. Le Lievre resides.

8. Accordingly, this case should not be dismissed. The United States respectfully requests that it be directed to provide the Court an update on the status of service in 90 days.

Dated: May 2, 2025,                                   Respectfully Submitted,

/s/ Kristina M. Portner
KRISTINA M. PORTNER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 514-0451
Fax: (202) 514-6866
Kristina.M.Portner@usdoj.gov

*Counsel for the United States*