IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-156 |
| ) | |
| MELINE B. LE LIEVRE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF DISMISSAL**

Plaintiff United States of America hereby gives notice that it is dismissing the above-referenced action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 19, 2025,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

/s/ Kristina M. Portner
Kristina M. Portner
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, DC 20044
Telephone: (202) 514-0451
Fax: (202) 514-6866
Email: Kristina.M.Portner@usdoj.gov

*Counsel for the United States of America*